Case 1:10-cv-03808-SJ   Document 7   Filed 09/27/10   Page 1 of 4

10-cv-3808

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.
SEP 24 2010

Time _____
P.M. _____

Dear Honorable Judge Johnson, Jr:

Please be informed that I just received the governments request for the one week adjournment and their entry of appearance. After meticulous scrutinization of the letter I vociferously object to any delay whatsoever. The reasons for the dalay are patently false as they have had my pleadings for one month. Moreover, Last week I received my computation sheet from the Bureau of Prisons. Consequently, they have to have all documentation necessary to compute my dates. Henceforth, since they erroneously scheduled my release date to be March 25, 2012, they have to have had the necessary documentation. The sole and exclusive reason for me being held and my receiving such a late and fabricated release date is the Bureau of Prisons refusal to follow the Order of a coterminous sentence. I have been repeatedly advised that this is the reason. I firmly submit that I should not be prejudiced by remaining in prison while they blatantly violate and refuse to recognize the Orders of a Senior United States District Court Judge. It is a travesty and miscarriage of justice. Your Honor, you are in possession of my moving papers for a month and you have the unfettered discretion to Order my release, whether it be on Bond or based upon the default of the government.

I plead with the Court to Order my immediate release. May God Bless You. I sincerely thank you for your attention and all the consideration you have given me. Your patience is commendable.


Respectfully submitted,

Gerard Chilli

J71

Gerard Chilli 021-31-158
M.D.C.
P.O. Box 329002
Brooklyn, N.Y. 11232

Honorable Judge Sterling Johnson Jr.
United States District Court of N.Y.
Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201



**ng Envelope**
stic and International Use



U.S. POSTAGE
PAID
HAZLET, NJ
07730
SEP 22, 10
AMOUNT
$15.95
00055973-12

dressee

HONORABLE Judge Sterling Johnson
U.S. District Court
Eastern District of N.Y.
225 Cadman Plaza East
Brooklyn, N.Y. 11201



**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

| Attempt | Time | AM/PM | Employee Signature |
|---|---|---|---|
| Day | | | |
| Attempt | Time | AM/PM | Employee Signature |
| Day | | | |
| Date | Time | AM/PM | Employee Signature |
| Day | | | |

**WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

DELIVERY   Holiday   Mailer Signature

(SE PRINT)   PHONE (    )

DDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.
IONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.




Please Recycle



EP-13C